NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NINA E. OLSON,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2015-3023

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-14-0100-I-1.

---

**JUDGMENT**

---

ROBERT S. HORWITZ, Law Offices of A. Lavar Taylor, Santa Ana, CA, argued for petitioner.

MICHAEL ANTON CARNEY, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| 06/04/2015 | /s/ Daniel E. O'Toole |
|------------|------------------------|
| Date | Daniel E. O'Toole |
| | Clerk of Court |